UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND PACELLO, JR.,<br><br>                              Plaintiff,<br><br>v.<br><br>CHILD WELFARE SERVICES, et al.,<br><br>                              Defendants. | Case No.:  17-CV-2083 JLS (BGS)<br><br>**ORDER DENYING AS MOOT<br>MOTION TO DISMISS**<br><br>(ECF No. 14) |

Plaintiff has filed a Complaint against various Defendants, including the "Office of the City Attorney San Diego." (*See* ECF No. 1). The City of San Diego (stating it was "erroneously named as 'Office of the City Attorney San Diego'") filed a Motion to Dismiss the Complaint against it. (ECF No. 14.) Plaintiff then filed a Notice of Voluntary Dismissal of two Defendants, one of which being the "Office of the City Attorney-San Diego." (ECF No. 15.)

Pursuant to Federal Rule of Civil Procedure 41, a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Here, the Office of the City Attorney (i.e., the City of San Diego) has not filed an answer or a motion for summary judgment but has filed a motion to dismiss. Because Plaintiff has filed a Notice of Voluntary Dismissal for this Defendant, the Court cannot adjudicate the claims

on the merits. *See Duke Energy Trading and Mktg., L.L.C. v. Davis*, 267 F.3d 1042, 1049 (9th Cir. 2001) ("Once the notice of dismissal has been filed, the district court loses jurisdiction over the dismissed claims and may not address the merits of such claims or issue further orders pertaining to them."). The Court therefore **DENIES AS MOOT** the City of San Diego's Motion to Dismiss, (ECF No. 14).

**IT IS SO ORDERED.**

Dated: February 26, 2018

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge